UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARSHALL COMMUNITY CREDIT UNION,

Plaintiff,

v.

FISERV SOLUTIONS, LLC
f/k/a Fiserv Solutions, Inc., et al.,

Defendants.
_______________________________/

Case No. 1:26-cv-2858

HON. JANE M. BECKERING

**ORDER TO STRIKE**

This matter is before the Court on the Affidavit of Service (ECF No. 8). Having reviewed the filing, the Court finds that it fails to comply with W.D. Mich. LCivR 5.7(d)(iii)(B), which requires declarations under penalty of perjury to contain a manuscript signature. The declaration set forth in the filing contains Scott Isham's electronic signature. For this reason, the submission is stricken. Accordingly:

**IT IS HEREBY ORDERED** that the Affidavit of Service (ECF No. 8) is STRICKEN.

Dated: October 8, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge