# UNITED STATES DISTRICT COURT

for the
Western District of Michigan

| | |
|---|---|
| **MARSHALL COMMUNITY CREDIT UNION**<br>*Plaintiff*<br>v.<br>**FISERV SOLUTIONS, LLC f/k/a FISERV SOLUTIONS, INC.; FISERV, INC.**<br>*Defendant* | Civil Action No. 1:26-cv-02858-JMB-SJB |

## AFFIDAVIT OF SERVICE

I, Scott Isham, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to FISERV SOLUTIONS, LLC f/k/a FISERV SOLUTIONS, INC. in Ingham County, MI on October 7, 2026 at 11:54 am at 3410 Belle Chase Way, Ste 600, Lansing, MI 48911-4274 by leaving the following documents with Dane Jones who as Intake Specialist at Corporation Service Company is authorized by appointment or by law to receive service of process for FISERV SOLUTIONS, LLC f/k/a FISERV SOLUTIONS, INC.

SUMMONS IN A CIVIL ACTION, COMPLAINT

Race: White, Sex: Male, Est. Age: 25-34, Hair: Brown, Glasses: Y, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=42.6801155,-84.5073754
Photograph: See Exhibit 1

Standard Serve 3410 Belle Chase Way, Ste 600, Lansing, MI 48911-4274 1@$121.00=$121.00
Printing Fee 25 cents/page over 25 pages 282@$0.25=$70.50
Total Cost: $191.50

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF

AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

County: Ingham,

State: MI on Date: OCT 07, 2026

Signature

Scott Isham

+1 (517) 477-0025


Exhibit 1a)